## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 11 CV 3452 |
| v. | ) ) | |
| ALLACEM, INC., and JOHN DOES 1-10, | ) ) ) ) | Honorable Judge Richard Mills Magistrate Judge Byron G. Cudmore |
| Defendants. | ) | |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal this action with prejudice and without costs.

This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully submitted,

**PLAINTIFF**                                                    **DEFENDANT**

**DR. MARK W. STURDY d/b/a**                     **ALLACEM, INC.**
**ROCHESTER VETERINARY CLINIC**

/s/Dulijaza Clark                                                   /s/ Joseph S. Leventhal
By One of Its Attorneys                                        By One of Its Attorneys

Daniel A. Edelman                                               Joseph S. Leventhal
Dulijaza Clark                                                       Cooley LLP
EDELMAN, COMBS, LATTURNER                    4401 Eastgate Mall
& GOODWIN, LLC                                              San Diego, CA 92121-1909
120 S. LaSalle Street, 18th Floor                       Telephone:  858/ 550-6041
Chicago, IL 60603                                               Facsimile:  858/ 550-6420
Telephone:  312/739-4200
Facsimile:  312/419-0379

# CERTIFICATE OF SERVICE

I, Dulijaza Clark, certify that on April 17, 2012, I had a true and accurate copy of the foregoing document sent via U.S. Mail to the parties named below:


**Jeffrey A. Whiteford**
**Allaccem, Inc.**
1300 Industrial Road, Unit 16
San Carlos, CA 94070


**Joseph S. Leventhal**
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909


s/ Dulijaza Clark
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)